IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACQUELINE WEATHERLY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:10-cv-192-WHA |
| ) | |
| ALABAMA STATE UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

On July 25, 2011, the Magistrate Judge issued a Recommendation (Doc. 46) to which no timely objections were made. Upon an independent review of the record and upon consideration of the Recommendation of the Magistrate Judge, the Recommendation is adopted, and it is the ORDER, JUDGMENT and DECREE that the Motion for Preliminary Injunction (Doc. 32) is DENIED.

DONE this 10th day of August, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE