IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACQUELINE WEATHERLY, CYNTHIA WILLIAMS, and LYDIA BURKHALTER, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| ALABAMA STATE UNIVERSITY, | ) ) ) |
| Defendant. | ) |

Civil Action No.  2:10CV192-WHA

(wo)

ORDER

This cause is before the court on the Defendant's Motion for Leave to File Out-of-Time (Doc. #128).  While it is this court's practice to strictly enforce all court-ordered deadlines, absent good cause shown to do otherwise, because the Defendant's responses to evidentiary objections may aid in resolving issues before trial, and, therefore, shorten the time expended in the trial of this case, the Motion is hereby ORDERED GRANTED.  The court will consider the submissions filed out of time (Doc. #126, 127).

DONE this 30th day of January, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE