IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JACQUELINE WEATHERLY, CYNTHIA WILLIAMS, and LYDIA BURKHALTER, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No.  2:10cv192-WHA |
| ALABAMA STATE UNIVERSITY, | ) ) ) | (wo) |
| Defendant. | ) | |

ORDER

Upon consideration of the Plaintiffs' Proposed Jury Charges (Doc.#105), filed on January 23, 2012, it appears to the court that the Plaintiffs are not asserting any disparate treatment claims at trial, but only hostile environment and retaliation claims.  If that conclusion is in error, the Plaintiffs are given until **noon** on **February 1, 2012** to so notify the court, and to supplement their requested jury charges with proposed charges on any disparate treatment claims they are asserting.

Done this 30th day of January, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE