IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACQUELINE WEATHERLY, CYNTHIA WILLIAMS, and LYDIA BURKHALTER, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 2:10CV192-WHA ) |
| ALABAMA STATE UNIVERSITY, | ) (wo) ) ) |
| Defendant. | ) |

ORDER

This cause is before the court on Alabama State University's Motion for Stay of Execution of Judgment (Doc. #186) and Motion for Approval of Appeal Bond and Stay of Execution of Judgment (Doc. #213). Alabama State University now having filed a good and sufficient supersedeas bond, it is hereby

ORDERED that the Motions are GRANTED and execution on the judgment is stayed pending the outcome of appeal.

Done this 4th day of September, 2012.

　　　　　　　　　　　　　　　　　　/s/ W. Harold Albritton
　　　　　　　　　　　　　　　　　　W. HAROLD ALBRITTON
　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE