IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JACQUELINE WEATHERLY,             )
CYNTHIA WILLIAMS, and LYDIA       )
BURKHALTER,                       )
                                  )
        Plaintiffs,               )
                                  )
v.                                )        Civil Action No.  2:10CV192-WHA
                                  )
ALABAMA STATE UNIVERSITY,         )                 (wo)
                                  )
                                  )
        Defendant.                )

ORDER

This cause is before the court on a Motion to Withdraw as Counsel for Plaintiffs Weatherly and Williams and For Leave to File Lien for Reasonable Attorneys' Fees and Costs (Doc. #243). Upon consideration of the Motion and the Notice of Attorneys' Charging Lien and Right to Proceeds (Doc. #244), it is hereby ORDERED as follows:

1. The Motion to Withdraw as Counsel is GRANTED and Candis A. McGowen, Monica L. Arrington, and Joseph L. Fitzpatrick are allowed to withdraw from representation of Jacqueline Weatherly and Cynthia Williams. Plaintiffs Weatherly and Williams will continue to be represented by Kristin Taylor Ashworth, Mark Gonzalo Montiel, and Harold William Wasden.

2. The Motion for Leave to file a lien is GRANTED and a lien is placed on behalf of Candis A. McGowen, Monica L. Arrington, and Joseph L. Fitzpatrick against any recovery in this case by Plaintiffs Weatherly and Williams, whether by final judgment rendered or settlement, for reasonable attorneys fees for work performed for them until September 17, 2012

in an amount to be determined by the court at a later date.

Done this 20th day of September, 2012.

                                                    /s/ W. Harold Albritton  
                                                    W. HAROLD ALBRITTON  
                                                    SENIOR UNITED STATES DISTRICT JUDGE