IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JACQUELINE WEATHERLY, CYNTHIA WILLIAMS, and LYDIA BURKHALTER, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No.  2:10CV192-WHA |
| ALABAMA STATE UNIVERSITY, | ) ) ) | (wo) |
| Defendant. | ) | |

ORDER

Upon consideration of the Unopposed Motion to Continue Deadline to Respond to Show Cause Order (Doc. #255), it is hereby

ORDERED that the Motion is GRANTED and the present deadline of October 7, 2013 for the Defendant to show cause why the Supplemental Motion for Attorneys' Fees ought not be granted is extended until October 16, 2013.

Done this 4th day of October, 2013.

 /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE