IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACQUELINE WEATHERLY, CYNTHIA WILLIAMS, and LYDIA BURKHALTER, <br><br> Plaintiffs, <br><br> v. <br><br> ALABAMA STATE UNIVERSITY, <br><br> Defendant. | Civil Action No.  2:10CV192-WHA <br><br> (wo) |

## ORDER

Upon consideration of two separate Motions, one by Plaintiff Cynthia Williams (Doc. #262) and one by Plaintiff Jacqueline Weatherly (Doc. #263) to Modify Attorneys' Charging Liens, each filed on October 22, 2013, it is hereby

ORDERED that Candis McGowan, Monica Arrington, and Joseph L. Fitzpatrick shall show cause, if any there be, **on or before November 1, 2013**, why the motions should not be granted.  The motions will be taken under submission on that day for determination without oral argument.

DONE this 23rd day of October, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE