IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JACQUELINE WEATHERLY, CYNTHIA WILLIAMS, and LYDIA BURKHALTER, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No.  2:10CV192-WHA |
| ALABAMA STATE UNIVERSITY, | ) ) ) | (wo) |
| Defendant. | ) | |

ORDER

Upon consideration of the Alabama State University's Motions for Bond Securing Appeal to be Returned and Motion for Entry of Satisfaction of Judgment (Doc.##279, 280), filed on January 10, 2014, it is hereby

ORDERED that the Plaintiffs shall show cause, if any there be, **on or before January 17, 2014**, why the motions should not be granted.

Done this 10th day of January, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE